**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Dameun Jeff Sanders, Appellant.

Appellate Case No. 2022-001631

―――――――――――

Appeal From Aiken County
Grace Gilchrist Knie, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2026-UP-198
Submitted April 1, 2026 – Filed May 6, 2026

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Deputy Chief Attorney for Capital Appeals David Alexander, of Columbia, and Dameun Jeff Sanders, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, MCDONALD, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.